McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
2500 Tulare Street, Room 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ENRIQUE GOLDBAUM,<br><br>　　　　　Defendant. | CR. F. 1:07-CR-00189 OWW<br><br>ORDER FOR DISMISSAL OF COUNT ONE OF INDICTMENT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that Count One of the Indictment herein, assault with a deadly weapon, be dismissed in the interest of justice and without prejudice.

IT IS SO ORDERED.

**Dated:　January 22, 2008**　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1