```
McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY, AUSA
Federal Courthouse
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
```

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>  v.<br><br><br><br>ENRIQUE GOLDBAUM,<br><br>              Defendant. | Case No. 1:07-CR-0189 OWW<br><br>ORDER GRANTING CONTINUANCE FOR HEARING ON DEFENDANT'S MOTION FOR ACQUITTAL AND MOTION FOR NEW TRIAL<br><br>DATE:  March 3, 2008<br>TIME:   9:00 a.m.<br>PLACE: Courtroom 3<br>Honorable Oliver W. Wanger |

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing on defendant's motions presently set for March 3, 2008 at 9:00 a.m. is continued until March 17, 2008 at 9:00 a.m. to be heard before the Honorable Oliver W. Wanger, Courtroom 3.

IT IS SO ORDERED.

**Dated:   February 15, 2008**          /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE