

**FILED**

FEB 25 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ENRIQUE GOLDBAUM, )<br>)<br>Defendant. )<br>_____) | No. 1:07CR00189-001 LJO<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on February 24, 2014, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released at 10:00a.m. on Wednesday, February 26, 2014, to a representative of the Westcare Residential Drug Treatment Program. A certified Judgment and Commitment order to follow.

Dated: February 25, 2014

HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1